UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>BRIAN T. DONAHUE,<br><br>              Defendant. | No. CR-07-094-LRS-5<br><br>ORDER GRANTING MOTIONS AND MODIFYING CONDITIONS OF RELEASE |

Defendant Brian T. Donahue's Motion to Enlarge Time **(Ct. Rec. 140)** and First Amended Motion to Enlarge Time **(Ct. Rec. 143)** are **GRANTED as moot.**

Defendant's unopposed Motion to Amend conditions of release to allow travel to Idaho and throughout Washington for business purposes, without seeking prior approval of Pretrial Services **(Ct. Rec. 144)** is **GRANTED;** provided, however, Defendant shall notify U.S. Probation Officer Sauther of when and where he will travel and when he returns, so that U.S. Probation Officer Sauther knows when he is away from the District.

All other conditions of release from the July 11, 2007, Order (Ct. Rec. 57), as modified by the May 5, 2008, Order (Ct. Rec. 137) remain.

Defendant shall sign a copy of this Order, to be kept in

ORDER GRANTING MOTIONS AND MODIFYING CONDITIONS OF RELEASE – 1

Pretrial Services' file.

**IT IS SO ORDERED.**

DATED May 27, 2008.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

READ, UNDERSTOOD AND AGREED:

_____
BRIAN T. DONAHUE          Date

ORDER GRANTING MOTIONS AND MODIFYING CONDITIONS OF RELEASE – 2